United States District Court
Eastern District of New York
---------------------------------------------------------------X
AFS/IBEX, a division of METABANK,

                              *Plaintiff,*

        v.

AEGIS MANAGING AGENCY LIMITED, as Managing Agent of SYNDICATE 1225 AT LLOYD'S, CRC INSURANCE SERVICES, INC., and TRANSPORTATION WRITERS, INC.,

                              *Defendants.*
---------------------------------------------------------------X

**STIPULATION**
18 Civ. 631
L.D.W.
A.K.T.

It is hereby stipulated, by and between the parties, as represented by their attorneys below, that no party hereto is an infant or incompetent person for whom a committee has been appointed and that no person, not a party hereto has an interest in the subject matter of the action, that the above entitled action is hereby discontinued, with prejudice, without costs, disbursements to either party against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Mineola, New York
       June 15, 2021

_____
STEVEN G. LEGUM
*Attorney for Plaintiff*

_____
HURWITZ & FINE, P.C.
*Attorneys for Aegis MANAGING Agency Limited, as Managing Agent of Syndicate 1225 at Lloyd's*

_____
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for CRC Insurance Services, Inc.*

**SO ORDERED.**

**s/WFK**
_____

Dated: June 23, 2021
      Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE